# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| Johann Gonzalez | ) | |
|  | ) | Case No.  1:16-cv07107 |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
| GC Services | ) | |
|  | ) | |
|  | ) | **NOTICE OF DISMISSAL** |
|  | ) | **WITH PREJUDICE** |
|  | ) | |
| Defendant. | ) | |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

**RESPECTFULLY SUBMITTED,**

Suburban Legal Group, PC

By:   /s/  John P. Carlin
John P. Carlin, Esq.
1305 Remington Road, Suite C
Schaumburg, Il 60173
Tel:  847-843-8600
Fax:  847-843-8605
jcarlin@changandcarlin.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 12, 2016, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served via regular U.S. Mail:

**Todd P. Stelter**
Partner - Consumer Financial Services
Hinshaw & Culbertson LLP
222 N LaSalle Street, Suite 300, Chicago, IL 60601
Tel: 312.704.3966 | Fax: 312.704.3001
E-mail: tstelter@hinshawlaw.com


/s/ John P. Carlin